Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VIII

| EVA LLORÉNS VÉLEZ  *Apelada*  v.  NEGOCIADO DE ENERGÍA DE PUERTO RICO  *Apelante* | KLAN202400936 | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de Carolina  Caso Núm.: CA2023CV03750 (401)  Sobre: Ley de Transparencia y Procedimiento Expedito para Acceso a la Información Pública (Ley Núm. 141-2019) |
|---|---|---|

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Adames Soto y la Jueza Santiago Calderón

Santiago Calderón, jueza ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 30 de octubre de 2024.

Examinada la *Moción de Desistimiento*[1] presentada por la parte apelante, Negociado de Energía de Puerto Rico, el 23 de octubre de 2024, se dispone lo siguiente:

Se acoge la solicitud de desistimiento voluntario con perjuicio, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A). En consecuencia, se ordena el cierre y archivo definitivo del presente caso.

Notifíquese.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Revisado SUMAC, en la entrada #35 el Negociado de Energía de Puerto Rico presentó el 24 de octubre de 2024 ante el TPI *Moción en Cumplimiento de Orden.*

Número Identificador
SEN2024_____